J. H. ALLEN & COMPANY, Appellant, v. C. E. STYER, Catherine Styer, Mary F. Regan and Ida E. Gallock, Respondents.

(199 N. W. 447.)

Opinion filed June 12, 1924.

Appeal from the District Court of Ward County, North Dakota, *Lowe, J.*

Affirmed.

*P. M. Clark,* and *McGee & Goss,* for appellant.

*Eldon O. Hanson,* and *G. S. Wooledge,* for respondents.

PER CURIAM. The facts and issues in this case being identical with those in the companion case of Finch, Van Slyke & McConville v.

Styer, ante, 148, 199 N. W. 444, this case is controlled by that decision. The judgment is affirmed.

BRONSON, Ch. J., and BIRDZELL, NUESSLE, CHRISTIANSON, and JOHNSON, JJ., concur.